In the Matter of JOHN FELICIANO, Appellant, v KIM MICHELI-HARTFORD, Respondent. [824 NYS2d 909]—In a child visitation proceeding pursuant to Family Court Act article 6, the father appeals from an order of the Family Court, Suffolk County (Lynaugh, J.), dated March 13, 2006, which, after a hearing, denied his petition to direct that the mother's visitation be supervised.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the father's contention, he failed to demonstrate a change in circumstances warranting modification of the visitation provisions of the stipulation agreement (*see Matter of Abranko v Vargas,* 26 AD3d 490 [2006]; *Matter of Manos v Manos,* 282 AD2d 749 [2001]; *Matter of Brocher v Brocher,* 213 AD2d 544 [1995]). Furthermore, the Family Court's determination that it would not be in the child's best interests to modify the mother's visitation has a sound and substantial basis in the record (*see Matter of Abranko v Vargas, supra; Brocher v Brocher, supra*).

The father's remaining contentions are without merit. Goldstein, J.P., Skelos, Lunn and Covello, JJ., concur.